**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01480-CV

### PLANO AMI LP, ET AL., Appellants

### V.

### ERWIN CRUZ, M.D., Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-16274-E

## ORDER

We **GRANT** the September 3, 2013 unopposed motion of Mehrdad Ghani and Michael Taba, M.D. for an extension of time to file an appellants' reply and cross-appellees' brief. Mehrdad Ghani and Michael and Taba, M.D. shall file their reply and cross-appellees' briefs on or before October 11, 2013.

/s/  DAVID LEWIS
    JUSTICE